# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN R. KAPCIA  
4027 NEWPORT DRIVE  
ISLAND LAKE, IL  60042  

SSN-xxx-xx-4774

Case Number: 07-72504

Case filed on: 10/16/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $5,400.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ILLINOIS DEPARTMENT OF REVENUE | 823.81 | 823.81 | 0.00 | 0.00 |
| | Total Priority | 823.81 | 823.81 | 0.00 | 0.00 |
| 999 | JOHN R. KAPCIA | 0.00 | 0.00 | 5,400.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 5,400.00 | 0.00 |
| 001 | CONSUMERS CO-OP CREDIT UNION | 138,252.28 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 138,252.28 | 0.00 | 0.00 | 0.00 |
| 002 | FIFTH THIRD MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANTA BANK CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVOCATE GOOD SHEPERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS BANK FSB | 15,328.00 | 2,145.92 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 11,518.05 | 1,612.53 | 0.00 | 0.00 |
| 007 | CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CONSUMERS CO-OP CREDIT UNION | 6,037.32 | 845.22 | 0.00 | 0.00 |
| 010 | DR. NICHOLAS POLITO | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS STUDENT ASSISTANCE COMM | 5,589.40 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS STUDENT ASSISTANCE COMM | 5,384.73 | 0.00 | 0.00 | 0.00 |
| 013 | EDFL SVCS / BANK OF NY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | EDSOUTH W / JP MORGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ENH FACULTY PRACTICE ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ENH LABORATORY SERVICES - AP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ENH LABORATORY SERVICES - CLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ENH LABORATORY SERVICES - CLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ENH LABORATORY SERVICES - CLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ENH MEDICAL GROUP / ENH PATHOL - C | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ENH MEDICAL GROUP / ENH PATHOL - C | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ENH RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | EVANSTON NORTHWESTERN HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | EVANSTON NORTHWESTERN HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | EVANSTON NORTHWESTERN HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | FIFTH THIRD BANK | 3,128.63 | 438.01 | 0.00 | 0.00 |
| 027 | GB ALGONQUIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | KAKENMASTER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | KAKENMASTER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MAS SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NATIONAL CITY BANK | 33,869.75 | 4,741.76 | 0.00 | 0.00 |
| 033 | NORTH SHORE EAR, NOSE & THROAT | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | NORTHEAST RADIOLOGY ASSOC., SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NORTHSHORE WOMENS HEALTH ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 19,136.29 | 0.00 | 0.00 | 0.00 |
| 037 | SLMA TRUST | 3,007.06 | 0.00 | 0.00 | 0.00 |
| 038 | TRI - COUNTY EMERGENCY PHYSICIANS, LT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | RISK CONTAINMENT | 23,534.16 | 3,294.78 | 0.00 | 0.00 |
| 040 | WELLINGTON RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | DONNA KAPCIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | FIFTH THIRD BANK | 261.00 | 36.54 | 0.00 | 0.00 |
| 043 | ILLINOIS STUDENT ASSISTANCE COMM | 11,175.98 | 0.00 | 0.00 | 0.00 |
| 044 | JEFFERSON CAPITAL SYSTEMS, LLC | 6,749.86 | 944.98 | 0.00 | 0.00 |
| 045 | SALLIE MAE BANK | 2,484.23 | 0.00 | 0.00 | 0.00 |
| 046 | ILLINOIS DEPARTMENT OF REVENUE | 97.68 | 13.68 | 0.00 | 0.00 |
| | Total Unsecured | 147,302.14 | 14,073.42 | 0.00 | 0.00 |
| | Grand Total: | 286,378.23 | 14,897.23 | 5,400.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $5,400.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                                               /s/ Lydia S. Meyer
                                                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008         By  /s/Heather M. Fagan